```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARYELIN GUERRERO,

                              **Plaintiff,**

     -against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

                              **Defendant.**

-----------------------------------------------------------------X

25-CV-01758 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

      On October 31, 2025, counsel for the Defendant reported that the parties have reached a settlement in this case. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that within 30 days of the date of this Order, counsel for the Plaintiff may apply by letter to restore this action to this Court's docket, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     November 3, 2025
               New York, New York